# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ANGELA R. HARRIS, on behalf of I.H., a minor,<br><br>    Plaintiff,<br><br>v.<br><br>SHELBY COUNTY SCHOOLS, SHELBY COUNTY SHERIFF'S OFFICE and MAGDALENA ROMAN,<br><br>    Defendants. | No. 17-cv-2309-SHL-dkv |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Chief Magistrate Judge Diane K. Vescovo's Report and Recommendation ("Report") (ECF No. 7), filed May 12, 2017, recommending the sua sponte dismissal of Plaintiff's *Pro Se* Complaint (ECF No. 1).

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for dismissal of a complaint for lack of standing or for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court reviews *de novo* only those proposed findings of fact or conclusions of law to which a party specifically objects. Id.; see also Fed. R. Civ. P. 72(b)(3).

The deadline to object to the Report has passed, and Plaintiff has filed no objections. The Court has reviewed the Report for clear error and finds none. Therefore, the Court **ADOPTS** the Chief Magistrate Judge's Report and **DISMISSES** Plaintiff's Complaint for lack of standing as to the claims raised on behalf of the minor and for failure to state a claim on which relief may be

granted to the extent any claims are being made on behalf of Angela Harris herself.  Moreover, the Court **CERTIFIES** that any appeal by Plaintiff in this matter would not be taken in good faith, and, therefore, Plaintiff may not proceed on appeal *in forma pauperis*.

**IT IS SO ORDERED,** this 8th day of August, 2017.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE
